## O'Donnell *v.* Hail, Appellant.

Argued March 17, 1971. Before BELL, C. J., EAGEN, O'BRIEN, POMEROY and BARBIERI, JJ.

*Donald W. Bebenek,* with him *Raymond H. Conaway,* and *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellant.

*Edward J. Balzarini,* with him *Suto, Power, Balzarini & Walsh,* for appellee.

OPINION PER CURIAM, June 1, 1971:
Order affirmed.
Mr. Justice JONES and Mr. Justice ROBERTS took no part in the consideration or decision of this case.